IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NICCOLE A. WETHERELL, | ) | 8:14CV406 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MICHAEL KENNEY, and DENISE SCROBECKI, | ) | |
| | ) | |
| Respondents. | ) | |

After considering Petitioner's financial status as shown in the records of this court,

IT IS THEREFORE ORDERED that: leave to proceed in forma pauperis on appeal is granted.

DATED this 28th day of October, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge